IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00465

PRINCE ATO NUNOO,

    Plaintiff,

v.

JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services, in his official Capacity,
KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, and
FIELD OFFICE DIRECTOR, USCIS Denver Field Office, in their official capacity,

    Defendants.

---

### ORDER SETTING STATUS CONFERENCE
### FOR
### PRO SE PLAINTIFF

Entered by Magistrate Judge N. Reid Neureiter

    The above-captioned case has been referred to Magistrate Judge N. Reid Neureiter pursuant to the Order Referring Case entered by Judge Daniel D. Domenico on February 26, 2026 (ECF No. 10).

    **IT IS HEREBY ORDERED** that a Status Conference shall be held on:

> April 29, 2026 at 9:30 a.m.
> in Courtroom A-401,
> Fourth Floor,
> Alfred A. Arraj United States Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

    **Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

**The Status Conference will be conducted via telephone. The parties are directed to call the conference line as a participant at (571) 353-2301, Access Code 841686937# at the scheduled time.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail a copy of this Order to Plaintiff at 1880 Arapahoe Street, Apartment 3311, Denver, CO 80202.

**IT IS FURTHER ORDERED** that at the Status Conference the pro se Plaintiff shall:

1. Provide written proof of service of process on **ALL** Defendants **or** show cause why this case should not be dismissed for lack of service of process and/or failure to prosecute;

2. Inform this court on whether you intend to retain legal counsel. If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and,

3. Become familiar with the following Rules: (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence. These sets of rules shall apply in this case.

The pro se Plaintiff is also encouraged to contact the Federal Pro Se Clinic which provides free legal assistance to people representing themselves in the U.S. District Court for the District of Colorado. The Clinic cannot assist with criminal, bankruptcy, habeas, appeals, or any state cases. If the pro se Plaintiff wishes to utilize this service, he or she may make an appointment by phone (303-380-8786) or online at www.cobar.org/cofederalproseclinic. The Clinic is located at: Alfred A. Arraj Courthouse (first floor), 901 19th Street, Denver, CO 80294. Walk-in appointments may also be available, but only on a space-available basis.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2B. Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

DONE AND SIGNED THIS 26th DAY OF FEBRUARY, 2026.

BY THE COURT:

s/N. Reid Neureiter
N. REID NEUREITER
United States Magistrate Judge