IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00465-DDD-NRN

PRINCE ATO NUNOO,

Plaintiff,

v.

JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services, in his official capacity,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, in his official capacity, and
FIELD OFFICE DIRECTOR, USCIS Denver Field Office, in their official capacity,

Defendants.

---

FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed April 29, 2026, by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, Joseph B. Edlow, Director, U.S. Citizenship and Immigration Services, in his official capacity; Markwayne Mullin, Secretary, U.S. Department of Homeland Security, in his official capacity; and Field Office Director, USCIS, Denver Field Office, in their official capacity, and against Plaintiff, Prince Ato Nunoo. It is further

ORDERED that Plaintiff's Emergency Motion for Temporary Restraining Order, Stay of Agency Action, and Preliminary Injunction is **DENIED.** It is further

ORDERED that Plaintiff's Complaint and action are dismissed. It is further

ORDERED that the Clerk of Court shall terminate this case.

DATED at Denver, Colorado this 29th day of April, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk